UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ISRAEL MALDONADO-RAMIREZ, | No. 1:23-cv-00212-ADA-SKO (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PAY FILING FEE |
| CASE RECORDS DIRECTOR, et al., | |
| Defendants. | (ECF No. 12) |

Plaintiff Israel Maldonado-Ramirez is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2023, the Magistrate Judge issued findings and recommendations that recommended dismissing this action due to Plaintiff's failure to pay the filing fee.  (ECF No. 12.)  The findings and recommendations gave notice that Plaintiff had fourteen days within which to file objections.  (*Id.* at 6.)  On June 7, 2023, Plaintiff filed untimely objections stating that he did not want the Court to dismiss his case for failure to prosecute.  (ECF No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on May 4, 2023, (ECF No. 12), are adopted, in full;
2. This action is dismissed without prejudice due to Plaintiff's failure to pay the filing fee; and
3. The Clerk of Court is directed to close this case and terminate any pending motions.

IT IS SO ORDERED.

Dated:   July 17, 2023

_____
UNITED STATES DISTRICT JUDGE

2